**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WACHELLE BOUTTE, ET AL.** | **CIVIL ACTION** |
| | **NO:  2:19-CV-09613 C/W 2:19-10327** |
| | **SECTION: "G"** |
| **Versus** | |
| | **CHIEF JUDGE**<br>**NANNETTE JOLIVETTE BROWN** |
| **JOSEPH PETER LOPINTO, III, ET AL.** | |
| | **MAGISTRATE JUDGE**<br>**JANIS VAN MEERVELD** |

**PLAINTIFF, KIWANDA ROBINSON'S WITNESS AND EXHIBIT LIST**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kiwanda Robinson, who hereby submits this list of witnesses that may be called to testify at trial on the merits of this case, live, by deposition or by records.  Additionally, Plaintiff's list of exhibits, which may be utilized during the trial of this matter, is also included herein.

Discovery in this case is not yet complete.  However, out of an abundance of caution and in an attempt to fully comply with all Court deadlines and Orders, Plaintiff submits the requested list of witnesses and exhibits, specifically reserving Plaintiff's right to amend, modify, alter, supplement and/or otherwise change the designations listed herein prior to trial.

Plaintiff, may call any party or non-party, including Defendants or any of their representative(s), who have/has knowledge of the incident at issue in this matter and/or Plaintiff's medical history, as well as knowledge of other relevant facts, including but not limited to:

(1)   Plaintiff, Kiwanda Robinson

(2)   Wachelle Boutte

(3)   Sheryl Robinson

(4)   Dr. Gerry Cvitanovich
      Jefferson Parish Coroner's Office
      2018 8th Street
      Harvey, Louisiana 70058

(5)   Dr. Dana Trosclair
      Jefferson Parish Coroner's Office
      2018 8th Street
      Harvey, Louisiana 70058

(6)   Dr. Y. Van Vo
      Jefferson Parish Coroner's Office
      2018 8th Street
      Harvey, Louisiana 70058

(7)   Sheriff Joseph Lopinto, III
      Jefferson Parish Sheriff's Office
      1233 Westbank Expressway
      Harvey, Louisiana 70058

(8)   Sgt. Thomas Gai
      Jefferson Parish Sheriff's Office
      1233 Westbank Expressway
      Harvey, Louisiana 70058

(9)   Deputy/Det. David Lowe
      Jefferson Parish Sheriff's Office
      1233 Westbank Expressway
      Harvey, Louisiana 70058
            -Or-
      Louisiana State Police
      7919 Independence Blvd.
      Baton Rouge, Louisiana 70806

(10)  Deputy/Det. Justin Brister
      Jefferson Parish Sheriff's Office
      1233 Westbank Expressway
      Harvey, Louisiana 70058

(11) Deputy/Det. Joseph Spadoni
Jefferson Parish Sheriff's Office
1233 Westbank Expressway
Harvey, Louisiana 70058

(12) Deputy/Det. Gary Bordelon
Jefferson Parish Sheriff's Office
1233 Westbank Expressway
Harvey, Louisiana 70058

(13) Det. William Whittington
Jefferson Parish Sheriff's Office
1233 Westbank Expressway
Harvey, Louisiana 70058

(14) Sgt. Joseph Waguespack
Jefferson Parish Sheriff's Office
1233 Westbank Expressway
Harvey, Louisiana 70058

(15) Det. Thorin Guidry
Jefferson Parish Sheriff's Office
1233 Westbank Expressway
Harvey, Louisiana 70058

(16) W. Lloyd Grafton
3896 Hwy 33
Ruston, Louisiana
Expert Witness – Information related to use of force, violations of civil rights, police policies and procedures, and any and all other information as contained in the report previously submitted

(17) Shantell Moran
Fact Witness – Information relating to the foot chase and apprehension of Keeven Robinson on May 10, 2018, and any and all other information witnessed and relating to this matter

(18) Shannon Brown
Fact Witness – Information relating to the foot chase and apprehension of Keeven Robinson on May 10, 2018, and any and all other information witnessed and relating to this matter

(19) Sgt. Gustavo Bethea
Louisiana State Police
1450 Poydras Street, Suite 1300
New Orleans, Louisiana 70130

>   Information relating to the investigation of the death of Keeven Robinson and policy and procedures of law enforcement

(20)   EMT Tammy Dardar
Information relating to observations of the scene, EMS records of Keeven Robinson, medical assistance to Keeven Robinson and any other knowledge regarding this matter

(21)   EMT Joshua Hill
Information relating to observations of the scene, EMS records of Keeven Robinson, medical assistance to Keeven Robinson and any other knowledge regarding this matter

(22)   EMT Kemberly Wilkerson
Information relating to observations of the scene, EMS records of Keeven Robinson, medical assistance to Keeven Robinson and any other knowledge regarding this matter

(23)   EMT Michael Ortiz
Information relating to observations of the scene, EMS records of Keeven Robinson, medical assistance to Keeven Robinson and any other knowledge regarding this matter

(24)   EMT Alicia Tate
Information relating to observations of the scene, EMS records of Keeven Robinson, medical assistance to Keeven Robinson and any other knowledge regarding this matter

(25)   EMT Jaiden Jackson
Information relating to observations of the scene, EMS records of Keeven Robinson, medical assistance to Keeven Robinson and any other knowledge regarding this matter

(26)   Natallia Phelan
U.S. Postal Service Worker
Fact Witness – Information relating to observations and the incident at issue in this matter

(27)   Dr. Marcella Fierro
Diplomate American Board of Pathology
224 West 30th Street, Suite 806
New York, New York 10001
Expert Forensic Pathology

(28)   William Harmening
Expert Use of Force and Police Procedure

(29)   Thomas S. Block
       Jefferson Parish Assistant District Attorney
       200 Derbigny Street
       Gretna, Louisiana 70053
       Information relating to the criminal investigation of the death of Keeven Robinson and the resulting Jefferson Parish District Attorney's report

(30)   David Wolff
       Jefferson Parish Assistant District Attorney
       200 Derbigny Street
       Gretna, Louisiana 70053
       Information relating to the criminal investigation of the death of Keeven Robinson and the resulting Jefferson Parish District Attorney's report

(31)   A representative of the Jefferson Parish District Attorney's Office

(32)   Any and all individuals identified in the Jefferson Parish District Attorney's report and any attachments/exhibits thereto, *In Re: Keeven Robinson*, issued on July 14, 2021

(33)   Any and all individuals identified in or taking part in any JPSO dispatch and radio transmission, relating to the incident involving Keeven Robinson on May 10, 2018

(34)   Any and all individuals identified in the Louisiana State Police Report and/or any attachments, exhibits or referenced documents, relating to Keeven Robinson on May 10, 2018

(35)   Juda Ben DeRouen
       Information relating to prior complaints against David Lowe, Justin Brister, Joseph Spadoni and Gary Bordelon

(36)   Eddie James Williams
       Information relating to prior complaint against David Lowe

(37)   Nathaniel Rogers
       Information relating to prior complaint against Justin Brister

(38)   Joseph Little
       Information relating to prior complaint against Gary Bordelon

(39)   Ernest Billzone
       Information relating to prior complaint against Gary Bordelon

(40)   Zamkea Fosselman
       Information relating to complaint against Gary Bordelon

5

(41)  Treating physician(s) and/or representative(s) of Daughters of Charity Health Center/DePaul Community Health, regarding treatment received by Ms. Kiwanda Robinson, for injuries sustained relating to this litigation

(42)  Any person identified at any time during the course of this litigation, as being a witness to the incident at issue or having knowledge with regard to the incident at issue; and/or is identified as being present at the time of the incident subject of this litigation.

(43)  Any witness listed on any other parties witness list, or designated as a witness to be called to testify by any other party

(44)  Any witness necessary to authenticate any documents to be used at trial

(45)  Any witness identified and/or discovered during the course of discovery, but not listed on this witness list

(46)  Any witness necessary for rebuttal/impeachment purposes

(47)  Any expert witnesses identified by any Plaintiff and/or any Defendant, either in person or by deposition, whether in cross-examination, rebuttal, or direct testimony

(48)  Any individual discovered/determined to have information pertaining to this litigation, who is identified during the any phase of this proceeding

(49)  Any person, corporation/representative, or entity identified on any other person/parties' witness list

(50)  Appropriate Custodian(s) of any and all medical records pertaining to the treatment, care, evaluation, diagnosis, and/or care of Plaintiff

(51)  Any witness identified in ongoing discovery

## **EXHIBITS**

The following list of exhibits may be introduced into evidence at the trial of this matter by Plaintiff, Kiwanda Robinson.  Discovery in this matter is on-going, therefore, Plaintiff reserves the right to amend and/or supplement this list as additional discovery reveals the need to do so.

(1)  Jefferson Parish Forensic Examination Report regarding the death of Keeven Robinson

(2)  JPSO Narcotics Investigation report related to Keeven Robinson, relating to May 10, 2018

(3) Any and all statements, including but not limited to all original, supplemental and amended statements by David Lowe, Justin Brister, Joseph Spadoni and/or Gary Bordelon to JPSO homicide detectives and/or any other investigating entity or individual, regarding the incidents that occurred on May 10, 2018

(4) Keeven Robinson's medical records from Ochsner Medical Center

(5) Keeven Robinson's medical records from Touro Infirmary

(6) Keeven Robinson's medical records from Daughters of Charity Health Center

(7) EMS Records for Keeven Robinson from May 10, 2018

(8) Records for Keeven Robinson from Louisiana Board of Pharmacy

(9) Jefferson Parish District Attorney's Office report *In Re: Keeven Robinson*, issued July 14, 2020, including any and all attachments and/or documents referenced in the report

(10) Any and all JPSO reports relating to the May 10, 2018 incident, including but not limited to the homicide report regarding the death of Keeven Robinson

(11) Louisiana State Police Report relating to Keeven Robinson and the May 10, 2018 incident and investigation, including any and all attachments and/or referenced documents

(12) The Forensic Panel Report related to the death of Keeven Robinson

(13) Policies and procedures of Jefferson Parish Sheriff's Office

(14) Training records and/or training manuals of Jefferson Parish Sheriff's Office

(15) Any and all documents relating to prior complaints and/or lawsuits

(16) Any and all documents relating to prior complaints and/or lawsuits involving David Lowe, Joseph Spadoni, Justin Brister and/or Gary Bordelon

(17) Personnel files of David Lowe, Joseph Spadoni, Justin Brister and Gary Bordelon

(18) Training records for David Lowe, Joseph Spadoni, Justin Brister and Gary Bordelon

(19) Expert report of W. Lloyd Grafton, including any attachments or documents referenced in the report

(20)     Photographs relating to the vehicles involved in and/or damaged on May 10, 2018

(21)     Photographs of the crash scene from May 10, 2018

(22)     Photographs of fence and apprehension location from May 10, 2018

(23)     Photographs of all evidence from the scene on May 10, 2018

(24)     Map of vehicular flight path on May 10, 2018

(25)     Map of foot pursuit on May 10, 2018

(26)     Shell video from May 10, 2018

(27)     Video from resident(s) and/or witnesses from May 10, 2018 detailing vehicle pursuit, crash and/or apprehension

(28)     Video of Shantrell Moran's television interview

(29)     Transcript and recording of Natallia Phelan's 911 call from May 10, 2018

(30)     Officer Melvin Thompson's radio transmission from May 10, 2018

(31)     Any medical records of Plaintiff, Kiwanda Robinson, relating to the claims asserted in this matter

(32)     Medical records of Ms. Kiwanda Robinson from Daughters of Charity Health Center/DePaul Community Health, regarding treatment received, for injuries sustained relating to this litigation

(33)     Any and all responses and/or documents produced in connection with subpoenas and/or records requests to any individual/entity

(34)     Any exhibits listed on any Plaintiff's exhibit list and any items identified therein

(35)     Any exhibits listed on any Defendant's exhibit list and any items identified therein

(36)     Discovery responses and requests, including supporting documentation propounded and/or received by any party to this litigation

(37)     Any and all Records or Documents Reflecting Claims Filed against Defendants in any other matter

(38)     Any depositions taken in this matter, including exhibits

(39)     Any and all exhibits listed by other parties or otherwise identified during the course

of the proceeding in this case

(40) Any documents produced and/or identified in discovery

(41) Any and all demonstrative aids required by Plaintiff during the trial of this matter, including but not limited to diagrams, charts, and reenactment photographs, etc.

(42) Any expert report produced during discovery, including any reliance material

(43) Any reports/documents produced and/or relied upon by any party

(44) Any documents needed for impeachment and/or rebuttal purposes

(45) Any and all depositions, statements, or affidavits taken, video and transcribed and exhibits

(46) Any and all exhibits and/or reports listed by any other party

Respectfully Submitted,

**LAW OFFICE OF MICHAEL J. HALL, LLC**

s/Jonique Martin Hall
**MICHAEL J. HALL, LSBA #28067**
**JONIQUE M. HALL, LSBA # 28137**
2401 Westbend Parkway, Ste. 2102
New Orleans, Louisiana  70114
Phone:  (504) 383.5294
Fax:     (504) 309.4678
Email:   mjhall@mjhalllaw.com
             jhall@mjhalllaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have on this 21st day of October 2021 filed electronically a true copy of the foregoing.  All parties received notice of this filing by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system. Additionally, a true and correct copy of the foregoing was served by U.S. Mail to any non-participant of the CM/ECF system.

s/Jonique Martin Hall
**JONIQUE MARTIN HALL**