**MARTINY & ASSOCIATES, LLC**
ATTORNEYS & COUNSELORS AT LAW
131 AIRLINE DRIVE • SUITE 201 • METAIRIE, LOUISIANA 70001
TELEPHONE: (504) 834-7676
FACSIMILE: (504) 834-5409

DANIEL R. MARTINY
danny@martinylaw.com

JEFFREY D. MARTINY
jeff@martinylaw.com

June 28, 2021

**Vid e-mail: hilliardlawfirm@outlook.com**
Hester Hilliard
Hilliard Law Firm
One Galleria Blvd., Suite 1900
Metairie, LA 70001

  Re:  *Expert Report of Lloyd Grafton*

Dear Ms. Hilliard,

  I am writing regarding the expert report of Lloyd Grafton, Plaintiff's expert in the above-captioned matter. After a thorough review of Mr. Grafton's report, we believe that the report itself is missing information that is required under Rule 26. In particular, Rule 26(2)(b)(i) requires that the expert report contain "a complete statement of all opinions the witness will express and the basis and reasons for them". While his report gives his opinions, it fails to provide the basis and reasons for them.

  Secondly, on Page 2 of the Grafton report, the author references "training at local, state, and national academies during much of these fifty years". Please have Mr. Grafton provide a copy of all training and resource materials listed on Page 2 of his report. Further, for each training course, resource material, or periodical that he relied upon in forming his opinions on this case, please list the specific materials and the pages of the sourcebook that Mr. Grafton considered in forming each opinion.

  Third, in compliance of Rule 26(2)(B)(V), please have Mr. Grafton provide a list of all other cases in which, during the previous four years, the witness testified as an expert at trial or by deposition.

  Finally, please have Mr. Grafton provide the materials that he used or developed during his twenty-four year teaching career referenced on page 2 of his report.



If you have any questions or concerns, please feel free to give me a call.

Sincerely,

Jeffrey D. Martiny