**Subject:** FW: JPSO Defendants Discovery to Boutte
**Date:** Friday, November 12, 2021 at 10:12:54 AM Central Standard Time
**From:** Jeffrey D. Martiny
**To:** Jim Mullaly

---

**From:** "H. Hilliard" <hilliardlawfirm@outlook.com>
**Date:** Tuesday, July 27, 2021 at 11:29 AM
**To:** "Jeffrey D. Martiny" <jeff@MARTINYLAW.COM>
**Cc:** Clarence Roby <croby@crobylawfirm.com>, Danny Martiny <danny@MARTINYLAW.COM>, Greta Perrier <gperrier@crobylawfirm.com>
**Subject:** Re: JPSO Defendants Discovery to Boutte

I will forward the information to Mr. Grafton and provide a response once received.

Ms. Hester R. Hilliard
1 Galleria Blvd., Suite 1900
P.O. Box 974
Metairie, Louisiana 70004
(504) 336-4608 Telephone

This e-mail transmission, and any attachments, may contain confidential information that is attorney work product or legally privileged. The information herein may also be protected by the Electronic Communications Privacy Act. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify Ms. Hester R. Hilliard at (504) 336-4608 immediately, and destroy the original transmission and its attachments without reading them.

> On Jul 27, 2021, at 11:23 AM, Jeffrey D. Martiny <jeff@martinylaw.com> wrote:
>
> Ms. Hilliard,
>
> While August 19, 2021, does work for defense counsel, we would like to know if Mr. Grafton will provide us the information that was requested in my June 28, 2021 correspondence prior to that date. A copy of that letter is attached. We do not want to have to take his deposition twice. Please advise as to whether we will receive that requested information prior to August 19. If not we would need to look for later dates.
>
> Jeff



EXHIBIT 3

**From:** "H. Hilliard" <hilliardlawfirm@outlook.com>
**Date:** Wednesday, July 21, 2021 at 12:02 PM
**To:** "Jeffrey D. Martiny" <jeff@MARTINYLAW.COM>
**Cc:** Clarence Roby <croby@crobylawfirm.com>, Danny Martiny <danny@MARTINYLAW.COM>, Greta Perrier <gperrier@crobylawfirm.com>
**Subject:** RE: JPSO Defendants Discovery to Boutte

I spoke to Mr. Roby's office, and he is free on August 19, 2021. Can you please send the remaining details for the deposition so that I can inform Mr. Grafton as to the time and location.

H. Hilliard

Sent from Mail for Windows 10

---

**From:** H. Hilliard
**Sent:** Wednesday, July 21, 2021 11:42 AM
**To:** Jeffrey D. Martiny
**Cc:** Clarence Roby; Danny Martiny; Greta Perrier
**Subject:** RE: JPSO Defendants Discovery to Boutte

Good day,

I spoke to Mr. Grafton. He is available August 13-19. As to my availability, I am only available on August 19, 2021. I still need to confirm to see if Mr. Roby is available.

Sent from Mail for Windows 10

---

**From:** H. Hilliard
**Sent:** Wednesday, July 7, 2021 4:43 PM
**To:** Jeffrey D. Martiny
**Cc:** Clarence Roby; Danny Martiny; Greta Perrier
**Subject:** Re: JPSO Defendants Discovery to Boutte

Good day,

I will reach out to Mr. Grafton and get back with you. Please confirm that you received our Expert Report from Professor Hammering.

Ms. Hester R. Hilliard
1 Galleria Blvd., Suite 1900
P.O. Box 974

Metairie, Louisiana 70004
(504) 336-4608 Telephone

This e-mail transmission, and any attachments, may contain confidential information that is attorney work product or legally privileged. The information herein may also be protected by the Electronic Communications Privacy Act. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify Ms. Hester R. Hilliard at (504) 336-4608 immediately, and destroy the original transmission and its attachments without reading them.

> On Jul 7, 2021, at 11:43 AM, Jeffrey D. Martiny <jeff@martinylaw.com> wrote:
>
> Ms. Hilliard,
>
> I am writing to discuss the deposition of your expert, Lloyd Grafton. We have availability the weeks of August 9-13, and August 16-19. Please check with Mr. Grafton and review your calendars and let me know which date works best. Thanks.
>
> Jeff Martiny

**From:** "H. Hilliard" <hilliardlawfirm@outlook.com>
**Date:** Tuesday, July 6, 2021 at 5:05 PM
**To:** "Jeffrey D. Martiny" <jeff@MARTINYLAW.COM>
**Cc:** Clarence Roby <croby@crobylawfirm.com>, Danny Martiny <danny@MARTINYLAW.COM>, Greta Perrier <gperrier@crobylawfirm.com>
**Subject:** Re: JPSO Defendants Discovery to Boutte

Please see the attached amended responses and Expert Report.

Ms. Hester R. Hilliard
1 Galleria Blvd., Suite 1900
P.O. Box 974
Metairie, Louisiana 70004
(504) 336-4608 Telephone