UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WACHELLE BOUTTE, ET AL.<br>　　　Plaintiffs | *CIVIL ACTION<br>*<br>*NOS: 19-9613 c/w 1910327 |
| VERSUS | *<br>*SECTION: G-1 |
| SHERIFF JOSEPH P. LOPINTO, ET AL.<br>　　　Defendants | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Wachelle Boutte, who respectfully moves the Court to deny the Motion in Limine to exclude expert testimony of Lloyd Grafton filed by defendants, for the following reason.

Under the Federal Rules of Civil Procedure, the Court issued a Pretrial Order on April 9, 2021 which sets forth the deadlines for filing Pretrial motions. More specifically, All non-evidentiary pretrial motions shall be filed and served in sufficient time to permit hearing thereon no later than November 17, 2021. Furthermore, Motions regarding the admissibility of expert testimony (Daubert motions) shall be filed and served in sufficient time to permit hearing thereon no later than November 17, 2021 . In this case, Defendants filed their Pretrial motion in Limine on November 15, 2021 with a submission date of December 1, 2021. The motion to exclude expert testimony should have been filed in time for notice of submission by November 17, 2021. Defendants have been in possession of the expert report by Lloyd Grafton for months prior to November 17, 2021 and failed to file the motion to exclude his testimony in a timely manner.

Furthermore, Defendants assert that the expert report of Lloyd Grafton does not comply with the Federal Rules. Plaintiff disagrees. The report is clear and addresses all aspect of requirements of Rule 26.

Furthermore, the export report and testimony of Lloyd Grafton is relevant to the issue of the use of force by the defendant officers in this case and clearly would assist the trier of fact in understanding and determining the issue of excessive force.

Lastly, Movers had the opportunity to depose Mr. Grafton who is capable of providing any responses to their questions. However, Movers choose not to depose him prior to filing said motion.

Respectfully submitted,

/s/ Hester R. Hilliard
**HESTER R. HILLIARD,** LSB# 31392
1 Galleria Blvd., Suite 1900
P.O. Box 974
Metairie, Louisiana 70004
Telephone: (504) 336-4608
Email: HilliardLawFirm@outlook.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above pleading has been served on all counsel of record, via electronic mail, hand delivery, facsimile or by U.S. Mail postage prepaid and properly addressed.

Metairie, Louisiana, this 23rd day of November, 2021.

/s/ Hester R. Hilliard
Hester R. Hilliard